**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ESTHER A. CUMBERBATCH,**

        **Plaintiff,**

**-vs-**                                            **Case No.  6:06-cv-63-Orl-KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:**   **MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) (Doc. No. 15)**
>
> **FILED:**   **November 27, 2006**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

> **MOTION:**   **AMENDED UNOPPOSED MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) (Doc. No. 18)**
>
> **FILED:**   **December 18, 2006**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The plaintiff, Esther Cumberbatch, seeks an award of attorney's fees and costs pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  Pursuant to the consent of the parties, this matter was referred to me for disposition under 28 U.S.C. § 636(c).  Doc. Nos. 7, 8.  A final judgment reversing the decision below was entered on August 28, 2006.  Doc. No. 14.  An award of fees and costs is, therefore, ripe for consideration.

Cumberbatch's attorney seeks $3,998.25 in attorney's fees for 24.6 hours of work: 0.2 hours of work performed in 2005; and 24.4 hours of work performed in 2006.  Doc. No. 18.[1]  The EAJA sets a ceiling of $125.00 on the hourly rate for which attorneys may be compensated under the statute, which courts may adjust upward based on changes in the Consumer Price Index (CPI). 28 U.S.C. § 2412(d)(2)(A). Cumberbatch has presented an analysis of changes in the CPI that supports adjustment of the rate in this case to $157.68 per hour for work performed in 2005, and $162.57 for work performed in 2006. Doc. No. 23-2.  This would lead to an award of $31.54 for work performed in 2005, and $3,966.71 for work performed in 2006, for a total award of $3,998.25.  The defendant, the Commissioner of Social Security, does not oppose these hourly rates or the number of hours worked.  Doc. No. 18.

After reviewing the papers submitted by Cumberbatch, I find that the fees requested are appropriate in the absence of objection.

---

[1] Timesheets submitted by counsel for Cumberbatch indicate that counsel expended 27.6 hours in this case: 0.2 hours in 2005 and 27.4 hours in 2006.  Doc. No. 15-3.  Cumberbatch's original motion, doc. no. 15, was based on this figure.  The amended motion seeks fees based on the 24.6 hour figure.  Because Cumberbatch requests fees based on the lower figure, and because the Commissioner is not opposed to the latter figure, I will evaluate fees based on 24.6 hours of work.

Cumberbatch also seeks reimbursement for $250.00 for the filing fee and $13.26 for postage. Doc. No. 18. The Commissioner does not oppose these costs. I find that these costs were necessarily incurred, in the absence of objection.

It is, therefore, **ORDERED** that Cumberbatch is awarded $3,998.25 in attorney's fees, and $263.26 in costs.

**DONE** and **ORDERED** in Orlando, Florida on December 19, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties